FILED

2009 SEP 14 PM 12: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  JOAN B. TUCKER FIFE (SBN:144572)
   email: jfife@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
3  San Francisco, CA 94111
   Telephone: 415-591-1000
4  Facsimile:  415-591-1400

5  MARIA C. RODRIGUEZ (SBN: 194201)
   email: mcrodriguez@winston.com
6  HWANNIE L. SHEN (SBN: 222342)
   email: hshen@winston.com
7  WINSTON & STRAWN LLP
   333 South Grand Avenue
8  Los Angeles, CA 90071-1543
   Telephone: 213-615-1700
9  Facsimile:  213-615-1750

10 Attorneys for Defendant
   U.S. BANK NATIONAL ASSOCIATION
11 (erroneously sued as U.S. BANCORP)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LEE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANCORP, a Delaware Corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.<br><br>**SACV09-1057 CJC (RNBx)**<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS** |

1
NOTICE OF PENDENCY OF OTHER ACTIONS

NOTICE IS HEREBY GIVEN, pursuant to United States District Court, Central District of California, Local Rule 83-1.4.1, that Defendant U.S. Bank National Association (erroneously sued as U.S. Bancorp) ("Defendant") is aware of the following action that is currently pending in the Eastern District of California, which involves all or a material part of the subject matter of the above-captioned case: *Dolores Prieto v. U.S. Bank National Association*, U.S.D.C. Case No. 2:09-CV-00901-GEB-KJM.

The *Prieto* case is a putative class action alleging that Defendant has violated sections of the California Labor Code and the California Business & Professions Code. Two other putative class actions making the same or similar allegations on behalf of the same or similar class of individuals are currently pending as consolidated actions before the United States District Court, Central District of California. These consolidated cases are captioned: *Spainhower v. U.S. Bank National Association* and *Williams v. U.S. Bancorp*, Consolidated Case No. CV08-08645 FMC (PJWx) ("*Spainhower* and *Williams* Actions"). The *Spainhower* Action seeks to certify a class of former and current U.S. Bank in-store branch managers. The *Williams* Action seeks to certify a class of former and current U.S. Bank branch managers. The instant case seeks to certify a class of former and current U.S. Bank branch managers. All cases allege that Defendant misclassified putative class members as exempt employees, and now owe back wages, penalties, and interest for these violations. Defendant denies these allegations.

The attorneys of record in the *Prieto* action are as follows:

**Counsel for Plaintiff Dolores Prieto**

Jonathan E. Gertler (SBN 111531)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Tel: (415) 381-5599

Todd M. Schneider (SBN 158253)
Joshua G. Konecky (SBN 182897)
Christian Schreiber (SBN 245597)
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 421-7100

Ricardo De Rosa (SBN 221226)
LAW OFFICES OF RICARDO DE ROSA
6640 Brook Falls Circle
Stockton, CA 95219
Tel: (209) 345-7077

**Counsel for Defendant U.S. Bank National Association**

Joan B. Tucker Fife (SBN 144572)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Tel: (415) 591-1000

Maria C. Rodriguez (SBN 194201)
Hwannie L. Shen (SBN 222342)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1700

DATED: September 14, 2009           WINSTON & STRAWN LLP

                                    By: _____
                                        Hwannie L. Shen
                                        Attorneys for Defendant
                                        U.S. BANK NATIONAL
                                        ASSOCIATION (erroneously
                                        sued as U.S. BANCORP)

LA:254245.1

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On September 14, 2009, I served the within document(s):

**NOTICE OF PENDENCY OF OTHER ACTIONS**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

[ ] On September 11, 2009, I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

[ ] by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

[ ] by causing the document(s) listed above to be delivered via Federal Express overnight delivery to the person(s) at the address(es) set forth below.

Roger R. Carter, Esq.
The Carter Law Firm
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 260-4737
Fax: (949) 260-4754

Scott B. Cooper, Esq.
The Cooper Law Firm
2030 Main Street, Suite 1300
Irvine, Ca 92614
Telephone: (949) 724-9200
Fax: (949) 724-9255

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on September 14, 2009, at Los Angeles, California.

_____
Myrna Fuentes